UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY DUNN,**

    **Plaintiff,**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, a corporation,**

    **Defendant.**          No. 13-cv-1053-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on December 16, 2014 (Doc. 59), this case is **DISMISSED** with prejudice. Each party to pay its own costs.

                                               JUSTINE FLANAGAN,
                                               ACTING CLERK OF COURT

                                               BY:      /s/*Cheryl A. Ritter*
                                                            **Deputy Clerk**

Dated: December 17, 2014

Digitally signed by David R. Herndon
Date: 2014.12.17 09:35:00 -06'00'

APPROVED:
         U. S. DISTRICT JUDGE